IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHARLES COLLINS,              )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      2:08cv438-MHT
                              )          (WO)
NOVARTIS PHARMACEUTICALS      )
CORPORATION,                  )
                              )
    Defendant.                )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Charles Collins's objections (doc. no. 41) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 40) is adopted, to the extent discussed in the memorandum opinion entered today.

(3) Defendant Novartis Pharmaceuticals Corporation's motion for summary judgment (doc. no. 26) is granted.

(4) Judgment is entered in favor of defendant Novartis Pharmaceuticals Corporation and against plaintiff Collins, with plaintiff Collins taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Collins, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of May, 2015.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE